

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00011-CV

_____

DON HUTTO,

                                            **Appellant**

 **v.**

VICKI HUTTO,

                                            **Appellee**

_____

## From the County Court at Law No. 2
## Johnson County, Texas
## Trial Court No. CC-C20170490

_____

## MEMORANDUM OPINION

_____

In this forcible-detainer action, appellant, Don Hutto, appeals from a judgment granted in favor of appellee, Vicki Hutto, on January 3, 2018. On February 27, 2018, appellee filed a motion to dismiss this proceeding, arguing that the appeal is moot because a writ of possession was executed on February 26, 2018, which means that appellant is no longer in possession of the property. On March 20, 2018, we requested that appellant file a response to appellee's motion to dismiss within ten days and

informed appellant that a failure to respond would result in this appeal being dismissed pursuant to Texas Rule of Appellate Procedure 42.3(c). *See* TEX. R. APP. P. 42.3(c). More than ten days have passed, and appellant has not responded to our March 20, 2018 letter. As such, we hereby dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). *See id.*

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 11, 2018
[CV06]

